IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JANICE Y. ROWE, ) | |
|         Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-CV-753-CVE-PJC |
| ) | |
| 2. APAC-CENTRAL, INC., ) | |
| ) | |
|         Defendant. ) | |

**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION TO DISMISS (DOC. #12)**

**COMES NOW** Plaintiff, Janice Y. Rowe, ("Plaintiff"), by and through her attorney of record Terry A. Hall of the firm *Armstrong & Lowe, P.C.* and responds to Defendant's Motion to Dismiss (Doc. #12), as follows:

1. That Plaintiff has this same date filed her Motion for Leave to File Amended Complaint, with the Amended Complaint attached.

2. That the filing of the Amended Complaint will resolve the issues raised in Defendant's Motion to Dismiss (Doc. # 12), which Defendant has stated that it will now withdraw, and is therefore moot.

Respectfully submitted,

ARMSTRONG & LOWE, P.C.

By: */s/ Terry A. Hall*
Terry A. Hall, OBA #10668
1401 South Cheyenne
Tulsa, Oklahoma 74119-3440
(918) 582-2500
(918) 388-0100 (facsimile)

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 13th day of February, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jo Anne Deaton
RHODES, HIERONYMUS
P. O. Box 21100
Tulsa, OK 74121-1100

              /s/ Terry A. Hall